UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   CAMALITHA CONCHETTA GOSS                           CASE NO. 18-11328
   1226 NORTHSIDE TER                                  JUDGE BENJAMIN A. KAHN
   ASHEBORO, NC  27203

       DEBTOR

SSN(1) XXX-XX-5588                                 DATE: 06/26/2019

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK<br>ATTN BANKRUPTCY DEPT<br>P O BOX 85167<br>RICHMOND, VA  23285-5167 | $0.00<br>INT:  .00%<br>NAME ID: 122474<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CHATHAM COUNTY HOSPITAL<br>BUSINESS OFFICE EVO<br>P O BOX 649<br>SILER CITY, NC  27344 | $0.00<br>INT:  .00%<br>NAME ID: 134954<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CHRISTINE ALITHA GOSS<br>915 OCCONEECHEE ST<br>ASHEBORO, NC  27203-5212 | $0.00<br>INT:  .00%<br>NAME ID: 174806<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | MONTHLY PMT  $510.64<br>INT:  .00%<br>NAME ID: 146357<br>CLAIM #:  0004 | (Y) VEHICLE-ONGOING<br><br>ACCT: 2108<br>COMMENT: 17CHRY,CTD,EFF W/APR 2019 |
| CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | $3,859.27<br>INT:  .00%<br>NAME ID: 146357<br>CLAIM #:  0016 | (S) SECURED<br><br>ACCT: 2108<br>COMMENT:  ARR THRU MAR 2019 |
| CITIFINANCIAL<br>P O BOX 6030<br>SIOUX FALLS, SD  57117-6030 | $0.00<br>INT:  .00%<br>NAME ID: 143339<br>CLAIM #:  0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5588<br>COMMENT: OC |
| JL WALSTON & ASSOCIATES<br>326 S MAIN ST<br>EMPORIA, VA  23847 | $0.00<br>INT:  .00%<br>NAME ID: 174782<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 18-11328

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $739.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (U) UNSECURED<br><br>ACCT: 09TX<br>COMMENT: |
| NC STATE EDUCATION ASSISTANCE<br>AUTHORITY<br>P O BOX 14002<br>RTP, NC  27709 | $13,298.78<br>INT: .00%<br>NAME ID: 21568<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 5588<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| RANDOLPH HOSPITAL<br>P O BOX 1048<br>ASHEBORO, NC  27204 | $0.00<br>INT: .00%<br>NAME ID: 26863<br>CLAIM #: 0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SPRINT<br>ATTN BANKRUPTCY DEPT<br>6200 SPRINT PKWY<br>OVERLAND PARK, KY  66251 | $0.00<br>INT: .00%<br>NAME ID: 170230<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| UNC HEALTHCARE<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $2,755.57<br>INT: .00%<br>NAME ID: 170446<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 5588<br>COMMENT: |
| US DEPT OF EDUCATION<br>P O BOX 790321<br>ST LOUIS, MO  63179-0321 | $13,177.21<br>INT: .00%<br>NAME ID: 168097<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 5588<br>COMMENT: |
| US DEPT OF EDUCATION<br>P O BOX 790321<br>ST LOUIS, MO  63179-0321 | $10,758.27<br>INT: .00%<br>NAME ID: 168097<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 5588<br>COMMENT: |
| **TOTAL:** | **$45,098.74** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/26/2019          OFFICE OF THE CHAPTER 13 TRUSTEE

        By: /s/  Gayle McFarland
        Clerk
        Chapter 13 Office
        500 W FRIENDLY AVE STE 200
        P O BOX 1720
        GREENSBORO, NC  27402-1720

cc:  Debtor
    Attorney for Debtor - Electronic Notice